1  DANIEL G. BOGDEN
2  United States Attorney
   District of Nevada

3
   Chantal R. Jenkins, SBN PA 307531
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (415) 977-8931
6  Facsimile: (415) 744-0134
7  E-Mail: Chantal.Jenkins@ssa.gov

8  Attorneys for Defendant

9
10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12  MARY STORY,                   )    Case No. 2:16-cv-02232-RFB-PAL
                                  )
13                  Plaintiff,    )    UNOPPOSED MOTION FOR
                                  )    EXTENSION OF TIME
14  v.                            )    (FIRST REQUEST)
                                  )
15                                )
    NANCY A. BERRYHILL,           )
16  Acting Commissioner of Social )
    Security,                     )
17                  Defendant,    )
                                  )
18  _____)

19          Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")

20  respectfully requests that the Court extend the time for Defendant to ANSWER Plaintiff's complaint,

21  due on January 30, 2017, by 30 days, through and including March 1, 2017.

22          An extension of time is needed because Defendant is in the process of preparing the certified

23
    administrative record. Defendant was only recently informed of this lawsuit by the U.S. Attorney's
24
    office.
25

26

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 30, 2017.

Respectfully submitted this 30th day of January 2017.

DANIEL G. BOGDEN
United States Attorney

/s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2017

CERTIFICATE OF SERVICE

1

2      I, Chantal R. Jenkins, certify that the following individual was served with a copy of the
UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service
3  identified below:

4      **CM/ECF:**

5      **Hal Taylor**
223 Marsh Avenue
6  Reno, NV 89509
775-825-2223
7  Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com
8  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

9      **Mark D. Barrett**
Osterhout Disability Law, LLC
10  521 Cedar Way, Ste. 200
Oakmont, PA 15139
11  412-794-8003
Fax: 412-794-8050
12  Email: Mark@mydisabilityattorney.com
*LEAD ATTORNEY*
13  *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

14

15     Dated this 30th day of January 2017.

16

17                                          */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
18                                          Special Assistant United States Attorney

19

20

21

22

23

24

25

26                                3