DANIEL G. BOGDEN
United States Attorney
District of Nevada

Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY M. STORY, | Case No. 2:16-cv-02232-RFB-PAL |
| Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant, | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand, due on May 5, 2017, by one week, from May 5, 2017 to May 12, 2017.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant's counsel requests this additional time because her workload included an oral argument in another social security disability case this week, and she needs more time to review the issues raised in this matter.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 4, 2017.

Respectfully submitted this 4th day of May 2017.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Chantal R. Jenkins*
        CHANTAL R. JENKINS
        Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

        IT IS SO ORDERED:

        _____
        UNITED STATES MAGISTRATE JUDGE

        DATED: May 5, 2017

# CERTIFICATE OF SERVICE

    I, Chantal R. Jenkins, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

**Hal Taylor**
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Barrett**
Osterhout Disability Law, LLC
521 Cedar Way, Ste. 200
Oakmont, PA 15139
412-794-8003
Fax: 412-794-8050
Email: Mark@mydisabilityattorney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Dated this 4th day of May 2017.

                                        */s/ Chantal R. Jenkins*
                                        CHANTAL R. JENKINS
                                        Special Assistant United States Attorney