# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Mary Story

Attorney Fees

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Nancy A. Berryhill,
Acting Commissioner of Social Security

Case Number:  2:16-cv-02232-RFB-PAL

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Plaintiff for Attorney Fees in the amount of $5,200.00.

September 20, 2017

/s/ Debra K. Kempi

Date

Clerk

/s/ Justin Matott

(By) Deputy Clerk